# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARRYL WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BAYOU LA BATRE; MAYOR STAN WRIGHT; LOUIS HARD; MATTHEW NELSON; and GEORGE RAMIRES in their individual and official capacities,<br><br>    Defendants. | CIVIL ACTION NO.: 11-00631-KD-B |

## JOINT MOTION FOR APPOINTMENT OF MEDIATOR

Comes now the Plaintiff, Darryl Wilson, and the Defendants, the City of Bayou La Batre, Stan Wright, Louis Hard, George Ramires, and Matthew Nelson, by and through undersigned counsel, and jointly file this motion requesting that Bill Roedder be appointed mediator in this matter. In support of said motion, the parties show as follows:

1. This matter concerns federal and state law claims asserted by the Plaintiff against the Defendants.

2. The parties believe that mediation of the matter may prove to be fruitful. The parties would request that Bill Roedder be appointed mediator in the case.

3. The parties do not believe that this process will necessitate an altering of any currently scheduled dates or deadlines.

WHEREFORE, the premises considered, the parties respectfully request this

Court appoint Bill Roedder as mediator in this matter.

Respectfully submitted:

**s/Andrew J. Rutens**
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com
THOMAS M. GALLOWAY, JR.  (GALLT1164)
tgalloway@gallowayllp.com
GALLOWAY, WETTERMARK, EVEREST, RUTENS & GAILLARD, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH:  251-476-4493
FX:  251-479-5566
*Attorneys for Defendants City of Bayou La Batre, Matthew Nelson and George Ramires*

**s/Mary Pilcher \***
Mary Pilcher
Stein and Pilcher, LLC
Post Office Box 602
Fairhope, Alabama 36533
PH:  251- 210-4557
FX:  251- 432-7756
*Attorney for Plaintiff Darryl Wilson*

**s/Mark L. Reddit \***
Mark L. Reddit
Vickers, Riis, Murray & Curran, LLC
Post Officer Drawer 2568
Mobile, AL 36652-2568
PH:  251- 432-9772
FX:  251- 432-9781
*Attorney for Mayor Stan Wright*

**s/Kenneth A. Hitson \***
Kenneth A. Hitson
HOLTSFORD, GILLILAND, HIGGINS, HITSON & HOWARD
29000 US Highway 98, Ste. A302
Daphne, Alabama 36526-7263
PH:  251- 447-0234
FX:  251- 447-0212

*Attorney for Defendant Louis Hard*

*\*with permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

    Mary E. Pilcher, Esq.
    Joseph J. Minus Jr., Esq.
    Kenneth A. Hitson, Jr., Esq.
    Steven P. Savarese, Jr., Esq.
    Jeffrey W. Bennitt, Esq.
    John Day Peake, III, Esq.
    Mark L. Redditt, Esq.
    H. Finn Cox, Jr., Esq.
    Patrick H. Sims, Esq.
    Rebecca Chambliss, Esq.

**s/Andrew J. Rutens**